United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-13826-pmm
Karen Mulson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 25, 2024     Form ID: 138OBJ     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Mulson, 4664 Canton Street, Philadelphia, PA 19127-2001 |
| 14344616 | + | James Zwolak, Esq., Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102-1504 |
| 14344617 | + | John T. Mulson, 4664 Canton Street, Philadelphia, PA 19127-2001 |
| 14344619 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14344605 | ^ | MEBN | Sep 25 2024 23:57:33 | AFS/AmeriFinancial Solutions, LLC., PO Box 65018, Baltimore, MD 21264-5018 |
| 14344606 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 26 2024 00:15:00 | CCS, P.O. Box 55126, Boston, MA 02205-5126, Attn: Payment Processing Center |
| 14344609 | | Email/Text: megan.harper@phila.gov | Sep 26 2024 00:15:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14344610 | | Email/Text: megan.harper@phila.gov | Sep 26 2024 00:15:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14390857 | | Email/Text: megan.harper@phila.gov | Sep 26 2024 00:15:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14344612 | | Email/Text: EBN_Brea@meduitrcm.com | Sep 26 2024 00:14:00 | CMRE Financial Services, Attn: Bankruptcy, 3075 E Imperial Hwy Ste 200, Brea, CA 92811 |
| 14358301 | + | Email/Text: documentfiling@lciinc.com | Sep 26 2024 00:14:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14344607 | + | Email/Text: ecf@ccpclaw.com | Sep 26 2024 00:14:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14344611 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2024 00:15:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14344613 | | Email/Text: bankruptcycourts@equifax.com | Sep 26 2024 00:14:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14344614 | ^ | MEBN | Sep 25 2024 23:57:25 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14344615 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 26 2024 00:14:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14344618 | + | Email/Text: bankruptcy@sccompanies.com | Sep 26 2024 00:15:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14344621 | ^ | MEBN | Sep 25 2024 23:57:37 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14344620 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 26 2024 00:14:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14344622 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2024 00:15:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14354234 | + | Email/Text: bankruptcy@philapark.org | Sep 26 2024 00:15:00 | Philadelphia, Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14344623 | | Email/Text: DASPUBREC@transunion.com | Sep 26 2024 00:14:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14344608 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Karen Mulson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 49 − 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Karen Mulson ) Case No. 19−13826−pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 25, 2024                                      For The Court

                                                                                                                  Timothy B. McGrath
                                                                                                                  Clerk of Court